# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| **PANTAURUS LLC,**<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**BLUE COAT SYSTEMS, INC.,**<br><br>　　　　　　　　Defendant. | Case No. 1:15-cv-247<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff PanTaurus LLC ("PanTaurus") and Defendant Blue Coat Systems, Inc. ("Blue Coat") file this agreed motion to dismiss with prejudice. The parties have agreed to settle all claims and counterclaims in the above-captioned action. The parties, therefore, move this Court to dismiss this action and all claims and counterclaims between Plaintiff PanTaurus and Defendant Blue Coat made therein, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Wherefore, Plaintiff PanTaurus respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated: December 22, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Craig Tadlock*
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　John J. Harvey, Jr.
　　　　　　　　　　　　　　　　　　　　State Bar No. 09179770
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869

**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff PanTaurus LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 22, 2015, I conferred by email with counsel for Defendant. Defendant's counsel has agreed to the form and substance of this motion. Accordingly, this motion is an agreed motion.

   */s/ Keith Smiley*
Keith Smiley

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 22, 2015.

   */s/ Craig Tadlock*
Craig Tadlock